IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**NEVADA PARTNERS FUND, LLC,
by and through SAPPHIRE II, INC.,
Tax Matters Partner**                                                              **PLAINTIFF**

**vs**                                                     **CIVIL ACTION NO. 3:06cv379-HTW-JCS**

**UNITED STATES OF AMERICA, by and
through its agent, the INTERNAL
REVENUE SERVICE**                                                                  **DEFENDANT**

*consolidated with*

CARSON PARTNERS FUND, LLC,
by and through SAPPHIRE II, INC.,
Tax Matters Partner                                                                PLAINTIFF

vs.                                                        CIVIL ACTION NO.  3:06cv380-WHB-JCS

UNITED STATES OF AMERICA, by
and through its agent, the INTERNAL
REVENUE SERVICE                                                                    DEFENDANT

*and*

RENO PARTNERS FUND, LLC,
by and through CARSON PARTNERS
FUND, INC., Tax Matters Partner                                                    PLAINTIFF

vs.                                                        CIVIL ACTION NO.  3:06cv381-HTW-JCS

UNITED STATES OF AMERICA, by
and through its agent, the INTERNAL
REVENUE SERVICE                                                                    DEFENDANT

*and*

CARSON PARTNERS FUND, LLC,
by and through NEVADA PARTNERS
FUND, INC., Tax Matters Partner                                                    PLAINTIFF

| | |
|---|---|
| vs. | CIVIL ACTION NO.  3:06cv382-TSL-JCS |

UNITED STATES OF AMERICA, by
and through its agent, the INTERNAL
REVENUE SERVICE                                                                                       DEFENDANT

*and*

RENO PARTNERS FUND, LLC,
by and through DELTA CURRENCY
MANAGEMENT COMPANY,
Tax Matters Partner                                                                                        PLAINTIFF

vs.                                                                                  CIVIL ACTION NO.  3:06cv384-TSL-JCS

UNITED STATES OF AMERICA, by
and through its agent, the INTERNAL
REVENUE SERVICE                                                                                       DEFENDANT

*and*

CARSON PARTNERS FUND, LLC,
by and through BRICOLAGE
CAPITAL MANAGEMENT COMPANY,
Tax Matters Partner                                                                                        PLAINTIFF

vs.                                                                                  CIVIL ACTION NO.  3:06cv385-HTW-JCS

UNITED STATES OF AMERICA, by
and through its agent, the INTERNAL
REVENUE SERVICE                                                                                       DEFENDANT

*and*

RENO PARTNERS FUND, LLC,
by and through DELTA CURRENCY
MANAGEMENT COMPANY,
Tax Matters Partner                                                                                        PLAINTIFF

vs.                                                                                  CIVIL ACTION NO.  3:06cv386-DPJ-JCS

UNITED STATES OF AMERICA, by
and through its agent, the INTERNAL

REVENUE SERVICE                                                                                   DEFENDANT

*and*

NEVADA PARTNERS FUND, LLC,
by and through BRICOLAGE CAPITAL
MANAGEMENT COMPANY,
Tax Matters Partner                                                                               PLAINTIFF

vs.                                              CIVIL ACTION NO.  3:06cv387-WHB-JCS

UNITED STATES OF AMERICA, by
and through its agent, the INTERNAL
REVENUE SERVICE                                                                                   DEFENDANT

*and*

NEVADA PARTNERS FUND, LLC,
by and through BRICOLAGE CAPITAL
MANAGEMENT COMPANY,
Tax Matters Partner                                                                               PLAINTIFF

vs.                                              CIVIL ACTION NO.  3:06cv388-TSL-JCS

UNITED STATES OF AMERICA, by
and through its agent, the INTERNAL
REVENUE SERVICE                                                                                   DEFENDANT

*and*

RENO PARTNERS FUND, LLC,
by and through DELTA CURRENCY
MANAGEMENT COMPANY,
Tax Matters Partner                                                                               PLAINTIFF

vs.                                              CIVIL ACTION NO.  3:06cv389-HTW-JCS

UNITED STATES OF AMERICA, by
and through its agent, the INTERNAL
REVENUE SERVICE                                                                                   DEFENDANT

*and*

CARSON PARTNERS FUND, LLC,

|  |  |
|---|---|
| by and through BRICOLAGE CAPITAL MANAGEMENT CORPORATION, Tax Matters Partner | PLAINTIFF |
| vs. | CIVIL ACTION NO.  3:06cv390-TSL-JCS |
| UNITED STATES OF AMERICA, by and through its agent, the INTERNAL REVENUE SERVICE | DEFENDANT |

## ORDER

This cause is before the court on the unopposed motion of Defendant, United States of America, by and through its agent, the Internal Revenue Service,  to consolidate the above-referenced cases.  The court concludes that the motion should be granted.  Accordingly, it is hereby ordered that the above-referenced cases are consolidated for all purposes.  All filings henceforth shall be made solely in the lead case, civil action no. 3:06cv379-HTW-JCS.

SO ORDERED this the 14th day of November, 2006.

/s/ James C. Sumner
_____
UNITED STATES MAGISTRATE JUDGE